IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARRETT KAJMOWICZ, </br>    *Plaintiff*, </br> vs. </br> MATTHEW G. WHITAKER, *et al.*, </br>    *Defendants*. | ) </br> ) </br> ) </br> ) Civil Action No. 2:19-cv-00187-MRH </br> ) </br> ) </br> ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Response to Motion to Dismiss and Set Briefing Schedule, it is hereby ORDERED that Plaintiff's motion is GRANTED and that the following briefing schedule for the remainder of the briefing as to the Government's motion to dismiss shall be as follows:

    Plaintiff's opposition to the motion to dismiss:    July 31, 2020

    Defendants' reply in support of the motion to dismiss:    August 17, 2020

IT IS SO ORDERED.

DATED: July 29, 2020

    s/ Mark R. Hornak
The Honorable Chief Judge Mark R. Hornak
United States District Judge